

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_Hattiesburg_ DIVISION

Johnny I. Henry                                    PLAINTIFF

VS.                                  CIVIL ACTION NO. 2:09cv99KS-MTP

Google, Inc.
Aol                                                DEFENDANTS

## COMPLAINT

    COMES NOW, Plaintiff, Johnny I. Henry, pro se, and for cause of action against the defendants, Google, Inc., and Aol would state:

### JURISDICTION

    I am filing this law suit in reference to being called and depicted as a "NIGGER," on two of the internet service provider search engines, Aol and Google. I am the original inventor of the "Vibrating Toilet Seat," as seen on the Jay Leno show, "Pitch to America" for new and aspiring inventors on 11/14/08. Needless to say that my invention garnered a lot of attention. I was completely humiliated and horrified to discover that these two great bastions of business prowess would allow web sites such as www.niggermania.con, www.niggerfuxation.com, tnb and www.chimpout.com to thrive on their search engines.

    My photo was displayed on these negative web sites and exemplified as was stated by them that, "N-I-G-G-E-R" invents vibrating toilet seat. I believe this type of hatred and animalistic behavior should not be tolerated. I feel this irreprehensible behavior presents defamatory, slanderous and libelous statements toward me only because I'm different in culture and nationality. I feel that my rights as an american has been violated and that I

have been humiliated on the world wide web for everyone to see. The hypocrisy of this libelous and slanderous tragedy has caused me enormous mental harm, emotional suffering and sleepless nights. I am a true American and feel that I have the right to respond to such indignation in the court of law.

The extreme derogatory nature of these web sites have committed a gross and negligible offense, not only to myself but to our newly elected president and first lady, Mr. Barack Hussein Obama and Mrs. Michelle Obama. I believe that without a shadow of a doubt that this type of racist negative behavior is directed at black people as a whole as well as all good hearted people that mean good throughout this country and the world.

I have been receiving spiritual, emotional and psychological counseling due to this grave consequence of slanderous and libelous offense against my character and possibly financial loss once my invention comes to market. <u>I do request the presence of a jury of my peers</u>. I do hold Google, and Aol and these racist web sites for allowing and fostering rhetorical and indignant behavior on their ISP's to defame, slander, libel and assassinate one's character and possibly livelihood. The address for Aol, is Corporate Headquarters, 770 Broadway, New York, N.Y., 10003, v212-652-6400 and the address for Google, is Google Headquarters, Google, Inc., 1600 Amphitheatre Parkway, Mountain View, Ca., 94043 phone number is, 1-650-253-0000 and fax is, --650-253-0001.

I.

Plaintiff is an adult resident of the county of Jones, State of Mississippi. The defendant, Aol is an adult resident citizen/business of the county of New York, state of New York. The defendant, Google is an adult resident citizen/business of the county of Santa Clara, State of California.

FACTS

My character have been severely slandered an libeled: Therefore causing me great psychological and mental stress due to these negative actions of Google, Aol and these racists web sites. I have been severely emotionally damaged, causing great harm to my well being. I am now receiving psychological, emotional and spiritual counseling to maintain my normal everyday balance in the midst of this immense tragedy. I do believe

that my livelihood could have possibly been negatively affected also because of this negative illicit behavior.

I am seeking monetary/compensatory damages through the court system that may help me deal with this terrible ordeal.

Respectfully submitted, this the 21st day of May, 2009

*Johnny I. Henry* (signature)

Johnny I. Henry
P.O. Box 328
Soso, Ms., 39480
601-729-4470