AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Johnny I. Henry<br>_____<br>*Plaintiff* | ) )<br>) )<br>) )<br>) )<br>) )<br>) ) |
| v. | |
| Google, Inc.<br>_____<br>*Defendant* | |

Civil Action No. 2:09 CV 99 KS-MTP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Google Headquarters
Google, Inc.
Legal Department
1600 Amphitheatre Parkway
Mountain View, CA. 94094

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Johnny I. Henry
P.O. Box 328
Soso, MS., 39480

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___5/20/09___

J. T. NOBLIN

*Signature of Clerk or Deputy Clerk*

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
for the

Johnny I. Henry )
_____ )
Plaintiff )
)
v. )     Civil Action No. 2:09CV 99KS-MTP
)
A.O.L. )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A.O.L.
Corporate Headquarters
Legal Department
770 Broadway
New York, N.Y., 10003

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Johnny I. Henry
P.O. Box 328
Soso, MS., 39480

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/20/09

J. T. NOBLIN
*Signature of Clerk or Deputy Clerk*