**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**JOHNNY I. HENRY**                                                                              **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 2:09CV-00099-KS-MTP**

**GOOGLE, INC. AND AOL**                                                              **DEFENDANTS**

**NOTICE OF APPEARANCE OF COUNSEL
ON BEHALF OF DEFENDANT AOL LLC**

COMES NOW, Roland M. Slover, and the law firm of Forman Perry Watkins Krutz & Tardy LLP, P. O. Box 22608, Jackson, Mississippi 39225-2608 and files this Notice of Appearance of Counsel of record for Defendant AOL LLC. The undersigned requests that all pleadings, papers and other matters be directed accordingly.

                                      Respectfully Submitted,

                                      S/Roland M. Slover
                                      ROLAND M. SLOVER, MSB NO. 6846
                                      PHILLIP S. SYKES, MSB NO. 10126

                                      ATTORNEYS FOR AOL LLC

**OF COUNSEL:**

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
City Center Building, Ste. 100
200 South Lamar Street
P. O. Box 22608
Jackson, Mississippi 39225-2608
Telephone:    (601) 960-8600
Facsimile:    (601) 960-8713

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have mailed, via registered United States mail, return receipt requested, a true and correct copy of the above and foregoing Notice of Appearance to the Plaintiff at the following address:

Johnny I. Henry
P. O. Box 328
Soso, MS 39480

This the 18th day of June, 2009.

                                              S/Roland M. Slover
                                              Roland M. Slover