# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**JOHNNY I. HENRY**                                                                       **PLAINTIFF**

**VERSUS**                                                **CIVIL ACTION NO. 2:09cv99KS-MTP**

**GOOGLE, INC.; AND AOL**                                                               **DEFENDANTS**

### ORDER

On June 19, 2009, counsel for the defendant AOL, LLC , ("Movant") filed a Motion to Dismiss **[#4]**.  Pursuant to Uniform Local Rule 7.2(D), counsel for the responding party ("Respondent") shall, within ten (10) days after service of the Movant's memorandum, submit a memorandum of authorities in response.  The Respondent's time for response is calculated pursuant to Federal Rule of Civil Procedure 6(a), which excludes Saturdays, Sundays, and legal holidays.  The Court fixes the date certain for the response as to all motions filed by either party as on or before July 6, 2009.

Pursuant to Uniform Local Rule 7.2(D), if any Movant desires to submit a rebuttal memorandum, counsel for each respective party may do so within five (5) days after service of the Respondent's memorandum of authorities in response.  The time for rebuttal is calculated pursuant to Federal Rule of Civil Procedure 6(a), which excludes Saturdays, Sundays, and legal holidays. The Court fixes the date certain for all rebuttal memorandums as on or before July 13, 2009.  If either the Movant or the Respondent wishes to extend the time allotted for filing the response or rebuttal, counsel shall file a motion for additional time prior to the expiration of the date certain fixed by the Court.

Pursuant to Uniform Local Rule 7.2(E), the Movant's original and rebuttal

memoranda shall not exceed a combined total of thirty-five (35) pages and the Respondents' memorandum of authorities in reply shall not exceed thirty-five (35) pages. Counsel are instructed not to exceed the page limitations without express permission of the court and further shall not file sur-reply or sur-rebuttal memorandums without express permission of the court pursuant to a duly filed motion.

SO ORDERED AND ADJUDGED this 24th day of June, 2009.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE