06/29/09



U.S. District Court
Southern District of Mississippi
Case Name: Henry V. Google, Inc. et al
Case Number: 2:09-CV-99

I am requesting an extension to the response/rebuttal of the defendants, Google, Inc. and AOL, LLC. I'm concerned that I will not have proper time to prepare a good and credible response. I am requesting this

extension due to the fact that I had pre-set Medical appointments out of state with the V.A. on 06/30/09 & 07/06/09. The 4th of July holiday will be included as well In Preparing a Proper response, due the 7 day Period given to respond to this Matter. I will sincerely appreciate your Consideration in this important decision Making Process.

Sincerely

Mr. Johnny Henry