SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 16 2009
J.T. NOBLIN, CLERK
BY_____ DEPUTY

# Motion For Extension Of Time to Hire Attorney

Civil Action Number: 2:09cv99KS-MTP

Comes now, Johnny I Henry, filing a motion for extension of time to hire an Attorney to represent my case.

I am asking the court for 45 days to find a constitutional law attorney to respond to a motion to Dismiss in this matter.

Respectfully submitted this the 16TH day of July 2009.

Johnny Henry → Plaintiff
Versus
Google, Inc.; and AOL - Defendants

By: Johnny Henry

## Certificate of Service

I Johnny Henry mailed a copy of Motion For Extention of time to Forman Perry Watkins & Tardy At Post Office 22608, Jackson, MS 3922-2608.