IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JOHNNY ISHMEL HENRY

VS.                                                                 CIVIL ACTION NO. 2:09cv99-KS-MTP

GOOGLE, INC., AND AOL

ORDER

This cause is before the Court on Motion for Extension of Time to Hire Attorney [8] filed by Johnny Ishmel Henry, Plaintiff herein, whereby he requests forty-five additional days to hire an attorney to respond to the Motion to Dismiss filed by Defendant AOL [4]. The Court has considered this motion, together with the previous Motion for Extension of Time filed by Plaintiff [7], and the Court finds that Plaintiff should be given additional time but should only be given thirty (30) days within which to hire an attorney and file his Answer to the Motion to Dismiss.

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff is granted thirty (30) additional days to hire an attorney and to respond to Motion to Dismiss [4], making the response due on or before August 16, 2009.

SO ORDERED this, the 20th day of July, 2009.

                                                                *s/Keith Starrett*
                                                                UNITED STATES DISTRICT JUDGE