②



Johnny Henry - Plaintiff
           Versus
Google, Inc., and A.O.L. - Defendants
Civil Action Number - 2:09CV99KS-MTP

I am filing this attachment of action due to the Defamatory and Slanderous nature of this case. I still hold Google, Inc., and A.O.L. indirectly responsible for not using a filtering system to cleanse and contes this kind of Racial hatred. The contents of this racially inflammatory diatribe not only hurt myself but depicts the President and first lady in a sexually explicit way, with their faces on the body of monkeys in a compromising position. These negative action also

Johnny Henry - Plaintiff
　　　Versus
Google, Inc., and A.O.L.　　2:09 CV 99 KS-MTP

affect entire Nation of Afro-American People in a derogatory manner as well as all good law abiding Americans. I am a true blood American Male and I was raised in a small town in South Mississippi. People were very respectful salt of the earth People who believed in faith, honesty and Perseverance. I was taught by my Parents, first to believe whole heartedly in "God" put all your faith into him and he will fight your battles. I was taught to stand for something, if not you will lay down for anything. Now, In order to dismiss this case against Google, Inc.,

Johnny Henry - Plaintiff
    Versus
Google, Inc., and A.O.L.      2:09CV99KS-MTP

and A.O.L., I ask them to stand for something and be the great business organizations they are suppose to be. Although this case was filed over a month ago, I am still depicted on Google, Inc., and A.O.L.'s internet service provider as "N-I-G-G-E-R invents "Vibrating Toilet Seat." I will dismiss the case against these two great companies if they, ① Turn over or release to me the addresses, web addresses, phone numbers to these racists web sites and names. www.Niggermania.com, www.Niggerfuxation.com and Chimpout.com ② my picture and name should be erased off these web sites as well as the web addresses as well.

07/17/09

Mr. John T. Henry