**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**JOHNNY ISHMEL HENRY**                                               **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO.: 2:09CV99-KS-MTP**

**GOOGLE, INC. AND AOL**                                          **DEFENDANTS**

## NOTICE OF APPEARANCE

Kyle S. Moran, of the law firm Phelps Dunbar LLP, enters his appearance as additional counsel of record for Defendant, Google, Inc., in the above-referenced cause.

**RESPECTFULLY SUBMITTED**, this 29th day of July, 2009.

                             GOOGLE, INC.

                             PHELPS DUNBAR LLP

          BY:     s/ Kyle S. Moran
                          Kyle S. Moran (MSB #10724
                          Michael Held, MSB #101942
                          PHELPS DUNBAR LLP
                          NorthCourt One • Suite 300
                          2304 19th Street
                          Gulfport, Mississippi 39501
                          Telephone: (228) 679-1130
                          Telecopier: (228) 679-1131
                          Email:morank@phelps.com
                                   heldm@phelps.com

## CERTIFICATE OF SERVICE

I, Kyle S. Moran, certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

> Roland M. Slover
> Phillip S. Sykes
> Forman Perry Watkins Krutz & Tardy LLP
> P.O. Box 22608
> Jackson, MS 39225-2608
> *Attorneys for AOL LLC*

and I hereby certify that I have mailed, via certified United States mail, return receipt requested, the foregoing to the following non-ECF participant:

> John I. Henry
> P. O. Box 328
> Soso, MS 39480
> *Plaintiff*

This, the 29th day of July, 2009.

> s/ Kyle S. Moran
> KYLE S. MORAN