### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### HATTIESBURG DIVISION

**JOHNNY ISHMEL HENRY**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO.: 2:09CV99-KS-MTP**

**GOOGLE, INC. AND AOL**     **DEFENDANTS**

### MOTION FOR ADMISSION *PRO HAC VICE*

Michael Held, a member of the Bar of this Court and counsel of record for Google, Inc. in the above styled and numbered cause, moves the Court to permit David Patron, legal counsel for Google, Inc., to appear *pro hac vice* and participate as co-counsel for Google, Inc., and would respectfully show unto this Court the following:

1. David Patron is legal counsel for Google, Inc. His address is David Patron, Esq., Phelps Dunbar LLP, Canal Place, 365 Canal Street, Suite 2000, New Orleans, LA 70130-6534, and he can be reached at (504) 584-9300. His email address is patrond@phelps.com.

2. Attached is a certificate from the United States District Court for the Eastern District of Louisiana, showing that Mr. Patron is duly admitted to practice in and is in good standing with that Court.

3. Mr. Patron has associated with Michael F. Held, a member of the Bar of this Court.

4. Attached is a Certificate of Familiarity signed by Mr. Patron certifying that he has read and is familiar with UNIFORM LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN DISTRICT AND THE SOUTHERN DISTRICT OF MISSISSIPPI.

5. Additionally, Mr. Patron has not been the subject of any disciplinary action and has not been denied admission to the courts of any state or to any court of the United States since first being admitted to the Bar of the State of Louisiana in October 1993.

ACCORDINGLY, Defendant, Google, Inc., requests that the Court grant the Motion for Admission *Pro Hac Vice* for Mr. Patron to appear in this matter.

**RESPECTFULLY SUBMITTED**, this 29th day of July, 2009.

>GOOGLE, INC.
>
>PHELPS DUNBAR LLP
>
>
>BY:  s/Michael Held
>      Kyle S. Moran, MS Bar 10724
>      Michael Held, MB #101942
>      NorthCourt One • Suite 300
>      2304 19th Street
>      Gulfport, Mississippi 39501
>      Telephone: (228) 679-1130
>      Telecopier: (228) 679-1131
>      Email: morank@phelps.com
>            heldm@phelps.com

# CERTIFICATE OF SERVICE

I, Michael Held, certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

>Roland M. Slover
>Phillip S. Sykes
>Forman Perry Watkins Krutz & Tardy LLP
>P.O. Box 22608
>Jackson, MS 39225-2608
>***Attorneys for AOL LLC***

and I hereby certify that I have mailed, via certified United States mail, return receipt requested, the foregoing to the following non-ECF participant:

>John I. Henry
>P. O. Box 328
>Soso, MS 39480
>***Plaintiff***

This, the 29th day of July, 2009.

>s/Michael Held
>MICHAEL HELD