IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JOHNNY L. HENRY                                                                         PLAINTIFF

VERSUS                                                  CIVIL ACTION NO. 2:09cv99-KS-MTP

GOOGLE, INC.; AND AOL                                                               DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY there came on for hearing Defendant AOL's motion to dismiss the plaintiff's complaint in its entirety. The Court, having considered all pertinent pleadings and applicable law and being fully advised in the premises finds that the motion is well taken and should be granted.

IT IS HEREBY ORDERED AND ADJUDGED that all of the plaintiff's claims against Defendants Google, Inc. And AOL are dismissed with prejudice with all parties to bear their own costs.

SO ORDERED AND ADJUDGED this the 12th day of November, 2009.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE

PREPARED BY:

ROLAND M. SLOVER, Esq.
ATTORNEY FOR MOVING DEFENDANT AOL
FORMAN PERRY WATKINS KRUTZ
& TARDY LLP
City Centre Building, Suite 100
200 South Lamar Street
Jackson, MS 39201-4099
Telephone: 601-960-8600
Facsimile: 601-960-8613